UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 25-59-DLB-EBA

ROBERT CHARLES MORRIS SR., et al.                                          PLAINTIFFS

v.                                              ORDER

TERESA GULLETT, et al.                                                     DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 30), wherein he recommends that the Plaintiffs' Motion for Default Judgment (Doc. # 25) be denied. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 30), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   Plaintiffs' Motion for Default Judgment (Doc. # 25) be **DENIED.**

This 10th day of March 2026.



Signed By:
David L. Bunning
Chief United States District Judge